**STATE of Missouri, Respondent,**

v.

**Gilbert MENDOZA, Appellant.**

**Gilbert MENDOZA, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD44637, WD46110.**

Missouri Court of Appeals,
Western District.

Jan. 12, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 2, 1993.

Application to Transfer Denied
April 20, 1993.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Millie E. Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and TURNAGE and KENNEDY, JJ.

## ORDER

PER CURIAM:

Appeal from conviction for robbery in the first degree, § 569.020, RSMo 1986, and sentence of fifteen years imprisonment.

Appeal from judgment denying relief under Rule 29.15.

The judgments are affirmed. Rules 30.-25(b) and 84.16(b).